# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:03CR84

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JERRY LEE GRIER, JR. ) | |

**THIS MATTER** is before the Court on the Defendant's motion to reconsider the reduction of sentence previously ordered and further modify his sentence to 36 months' imprisonment.

Because the facts stated in the motion for reconsideration have been previously considered by the Court, and the Court finding that the previous reduction of sentence to 50 months' imprisonment is fair and just given the circumstances herein,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to reconsider is hereby **DENIED**.

**Signed: May 6, 2005**

Lacy H. Thornburg
United States District Judge